UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUBASIM ABID,<br><br>          Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Defendant. | No.  2:12-cv-3010 JAM CKD PS<br><br><br>ORDER |

The court has been advised by the ADR coordinator that the parties have engaged in mediation.  Good cause appearing, IT IS HEREBY ORDERED that within fourteen days, defendant shall file a status report advising the court of the following:

     a.  Whether the parties have scheduled another mediation, and if so, the date of the scheduled mediation.

     b.  Whether the case has settled, and if so, the date on which dispositional documents will be filed.

/////

/////

/////

/////

1

1        c. Whether the parties wish to proceed with a court supervised settlement conference. In the absence of waiver of disqualification of the undersigned, the settlement conference will be set before another magistrate judge.

Dated: July 19, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 abid3010.med