1  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sedgwicklaw.com
   ERIN A. CORNELL  Bar No. 227135
3  erin.cornell@sedgwicklaw.com
   333 Bush Street, 30th Floor
4  San Francisco, California 94104
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   Metropolitan Life Insurance Company

7

8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 Tubasim Abid,                        CASE NO. 2:12-cv-03010-JAM-CKD (PS)

13         Plaintiff,                   **STIPULATION AND ORDER REFERRING THE CASE TO THE COURT'S VOLUNTARY DISPUTE RESOLUTION PROGRAM**

14    v.

15 Metropolitan Life Insurance Company,

16         Defendant.

17

18         Plaintiff Tubasim Abid and defendant Metropolitan Life Insurance Company

19 ("MetLife"), hereby stipulate and agree as follows:

20         1.      On June 14, 2013, the parties participated in mediation through the Court's

21 Voluntary Dispute Resolution Program ("VDRP") with appointed mediator Robert Greenfield.

22         2.      The parties did not resolve the matter on June 14, 2013, but have continued

23 settlement discussions.

24         3.      The parties have since learned that Mr. Greenfield has a new job that does not

25 allow him to act as a voluntary mediator.

26         4.      The parties therefore request that the Court refer the case back to the VDRP so

27 that a new mediator can be appointed, and the parties can resume more formal settlement

28 discussions.

DOCS/18428058v1

STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO VDRP

IT IS HEREBY STIPULATED AND AGREED, AND RESPECTFULLY REQUESTED:

DATED: February __, 2014

By: _____
Tubasim Abid
*Pro Se*

DATED: February 13, 2014        SEDGWICK LLP

By: _____
Rebecca A. Hull
Erin A. Cornell
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

### ORDER

Pursuant to the parties' stipulation, the Court hereby orders that his case be referred to the Voluntary Dispute Resolution Program.

The Clerk of Court is directed to serve a copy of this order on the VDRP coordinator.

IT IS SO ORDERED.

Dated:  April 22, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE