1  TUBASIM ABID
   8284 Halbrite Way
2  Sacramento, CA  95828
   (916) 753-2241
3
   Plaintiff in *Pro Se*
4

5  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
6  rebecca.hull@sedgwicklaw.com
   ERIN A. CORNELL  Bar No. 227135
7  erin.cornell@sedgwicklaw.com
   333 Bush Street, 30th Floor
8  San Francisco, California 94104
   Telephone: (415) 781-7900
9  Facsimile: (415) 781-2635

10 Attorneys for Defendant
   Metropolitan Life Insurance Company
11

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 Tubasim Abid,                    | CASE NO. 2:12-cv-03010-JAM-CKD

17         Plaintiff,                | **STIPULATION AND ORDER FOR**
                                     | **DISMISSAL WITH PREJUDICE**
18     v.

19 Metropolitan Life Insurance Company,

20         Defendant.

18428058v1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: October 24, 2014

By: /s/_____
Tubasim Abid
*Pro Se*

DATED: October 27, 2014       SEDGWICK LLP

By: /s/_____
Rebecca A. Hull
Erin A. Cornell
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 10/28/2014

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE